MONARCH INSURANCE COMPANY OF OHIO, Respondent, v EUGENE HETHERLY et al., Defendants, and KATHLEEN GRIFFITHS et al., Appellants.—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Boehm, J. (Appeal from Judgment of Supreme Court, Monroe County, Boehm, J.—Declaratory Judgment.) Present—Denman, P. J., Boomer, Lawton, Fallon and Doerr, JJ. *[See,* 148 Misc 2d 594.]

 In the Matter of LARRY FRANK, Petitioner, v CHARLES J. HANNIGAN, as Niagara County Court Judge, Respondent.— Petition unanimously dismissed without costs as moot. Memorandum: Because respondent signed an order determining petitioner's motion, this proceeding is moot. (Original Proceeding Pursuant to Article 78.) Present—Denman, P. J., Boomer, Lawton, Fallon and Doerr, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICKY BENNETT, Appellant, v DOMINIC J. MANTELLO, as Superintendent of Wende Correctional Facility, Respondent.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Habeas Corpus.) Present—Callahan, J. P., Green, Pine, Lawton and Davis, JJ.